IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| JEANETTE OAKMAN, individually and as the Personal Representative of the Estate of George J. Oakman, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:13-CV-00428-JMC |
| LINCARE INC.; AIRSEP CORPORATION, and CHART INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER APPROVING SETTLEMENT AND DISBURSEMENT OF SETTLEMENT FUNDS

This matter is before the court on the Renewed Petition of Plaintiff Jeanette Oakman and Defendants Lincare Inc., Airsep Corporation, and Chart Industries, Inc., requesting that this court approve the settlement and disbursement of settlement proceeds in this case. (ECF No. 76.)

This court has had the opportunity to hear from all parties and to question Plaintiff regarding the terms of the settlement. (See ECF No. 79.) Plaintiff has indicated she is satisfied with the services of her attorney, that she understands and is in agreement with the terms of the settlement, and that she believes the settlement to be fair and reasonable.

This court finds that a settlement agreement has been reached with all Defendants regarding the pending claims asserted on behalf of Plaintiff against the above named Defendants.

1

This court finds that Defendants have negotiated with Plaintiff for the purpose of settling these disputed claims and, after careful consideration of all issues, the parties have agreed to the following settlement terms, which the court finds to be fair and reasonable:

- The total amount of the settlement to be paid by Defendants is Ten Thousand Dollars ($10,000.00).
- Of that amount, Three Thousand Five Hundred and Seventy-Seven Dollars ($3,577.00) is to be paid to Medicare through the Center for Medicare & Medicaid Services (CMS), in satisfaction of the lien that Medicare, through CMS, has on the settlement proceeds by virtue of its payment for medical services rendered to the decedent, George Oakman, prior to his death.
- The remaining Six Thousand Four Hundred and Twenty-Three Dollars ($6,423.00) is to be paid to Jeanette Oakman and Woodruff Law Offices, LLC. Pursuant to the written attorney's fee agreement entered into between Plaintiff and Woodruff Law Offices, LLC (modified as stated by Plaintiff's counsel at the hearing on this matter on August 26, 2015), out of the $6,423.00, Jeanette Oakman will receive Two Thousand Five Hundred Dollars ($2,500.00) and Plaintiff's counsel, Woodruff Law Offices, LLC, will receive Three Thousand Nine Hundred and Twenty-Three Dollars ($3,923.00), which represents the attorneys' fees and costs incurred by Plaintiff's counsel in connection with this case and which this court finds to be fair and reasonable.
- In exchange, Plaintiff will execute consent orders dismissing Defendants (Lincare Inc., Airsep Corporation, and Chart Industries, Inc.) while also executing a release dismissing all claims that were or could have been asserted against Defendants arising out of the

death of Mr. Oakman, both individually and as the Personal Representative of the Estate of George J. Oakman.

This court further finds that the Estate of George J. Oakman is currently open and pending in the Probate Court for Aiken County under Case Number: 2012-ES-02-0870. Based upon information presented to the court, it appears that the decedent (George J. Oakman) was married at the time of his death and was the father of five (5) children. Jeanette Oakman is the legal wife, and George Oakman, Jr., Dominique Oakman, Monique Oakman, Shiquann Oakman and Tiquann Oakman are the natural children of the decedent.

This court finds that all funds received by the Estate by and through this action shall be distributed, and the Personal Representative shall file an accounting of the settlement proceeds with the Probate Court for Aiken County, South Carolina.

Now it is hereby Ordered, Adjudged and Decreed that this settlement is fair and reasonable under the circumstances presented to this court. Further, the settlement is approved as set forth in the Renewed Petition, and Orders and Releases are to be executed by the Plaintiff. Further, this court finds that the attorneys' fees and litigation costs are reasonable and that they are allowed to be immediately disbursed with the remaining net funds to be held in trust until this case is dismissed with prejudice.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

September 3, 2014
Columbia, South Carolina